```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   11/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

L.B. et al.,

                Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

21-cv-9356 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of Plaintiffs' application for emergency relief [ECF No. 10]. IT IS HEREBY ORDERED that Plaintiffs shall serve their motion and this Order on Defendant, and shall file proof of such service on ECF, by 10:00 AM on November 24, 2021. IT IS FURTHER ORDERED that Defendant shall file any opposition by 10:00 AM on November 30, 2021. IT IS FURTHER ORDERED that the parties shall appear for a telephonic hearing on the motion on December 2, 2021 at 10:00 AM. To join the hearing, dial 888-278-0296 at the scheduled time. When prompted, enter Access Code 5195844.

**SO ORDERED.**

**Date:  November 23, 2021**
      **New York, NY**

_/s/ Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**