Law Office of Ellen Saideman<br>
7 Henry Drive<br>
Barrington, RI  02806<br>
401.258.7276, fax 401.709.0213<br>
esaideman@yahoo.com

February 2, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2022
```

**BY ECF**

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
New York, New York 10007

Re:   *L.B., et al. v. New York City Dep't of Educ.,* 21-CV-09356 (MKV)(SLC)

Dear Judge Vyskocil:

As counsel for Plaintiffs, I write pursuant to this Court's Individual Rules of Practice in Civil Cases to request an adjournment of the pre-motion conference currently scheduled for February 17, 2022 at 11:30 a.m.

This is the first request for an adjournment, and my opposing counsel has consented to this request. The reason for the request is that the time and date conflict with a previously scheduled vacation. In December, I had scheduled a trip to Austin, Texas to visit my daughter for this time, with my flight scheduled for the conference time.

I have conferred with my opposing counsel, and we are both available for the rpe-motion conference on February 22, 23, and 24, all day, and we are also available on February 25th before 1:00 p.m. I am also not available March 3 and 4.

Thank you very much for your attention to this matter.

Sincerely yours,

/s/ Ellen Saideman
Ellen Saideman

cc:   Alexandra Yacyshyn, Esq.
      Michelle Siegel, Esq.
      Jared Stein, Esq.

---

The request to adjourn the pre-motion conference is GRANTED. The parties shall appear for a pre-motion conference on Friday, March 4, 2022 at 11:00 a.m. The conference will be held in person in Courtroom 18C of 500 Pearl Street, New York, NY 10007.

Date: Feb. 8, 2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge