Law Office of Ellen Saideman
7 Henry Drive
Barrington, RI  02806
401.258.7276, fax 401.709.0213
esaideman@yahoo.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2022

February 8, 2022

**BY ECF**
Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
New York, New York 10007

Re:   *L.B., et al. v. New York City Dep't of Educ.,* 21-CV-09356 (MKV)(SLC)

Dear Judge Vyskocil:

As counsel for Plaintiffs, I write pursuant to this Court's Individual Rules of Practice in Civil Cases to request an adjournment of the pre-motion conference currently scheduled for March 4, 2022, at 11:00 a.m. in person.

This is the second request for an adjournment, and my opposing counsel has consented to this request.  In my prior request for an adjournment, I had previously advised the court that I was not available on March 3 or March 4 although I had not explained the reason.  I am scheduled to be in Boston to present at an all-day presentation at the annual conference of the Council of Parent Attorneys and Advocates.  The topic of the presentation is "Better Late than Never: Recovery Services, Compensatory Services, and Comp Ed."  I am also scheduled to be a presenter during the afternoon of March 3 at a program on "Special Education Plus Case:  The Interplay Between IDEA and Section 504."   I am a member of the Board of COPAA, and we have a board meeting scheduled for the evening of March 3rd.  I had committed to participating in person at these events in the fall.

I have conferred with my opposing counsel, and she has consented to this request for an adjournment and provided the dates that she is not available in March after the scheduled date of March 4th.   We are not available on March 7, 14, 22, and 23.   We are available all other days in March after March 4th for an in-person conference.

Thank you very much for your attention to this matter.

Letter to the Honorable Mary Kay Vyskocil
February 8, 2022
Page 2


Sincerely yours,

/s/ Ellen Saideman
Ellen Saideman

cc: Alexandra Yacyshyn, Esq.
    Michelle Siegel, Esq.
    Jared Stein, Esq.

> Granted. Appear on March 10, 2022 at 12:00 PM. Status letter due one week before the conference.
>
> Date: Feb. 10, 2022
> New York, New York
>
> *Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge