UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/10/2022

| | |
|---|---|
| L.B. et al., | |
| Plaintiffs, | 21-cv-9356 (MKV) |
| -against- | ORDER |
| NEW YORK CITY DEPARTMENT OF EDUCATION, | |
| Defendant. | |

MARY KAY VYSKOCIL, United States District Judge:

On March 10, 2022, the Court held a status conference in this case. As the Court stated at the conference, IT IS HEREBY ORDERED that the parties shall file a joint status letter by March 17, 2022.

**SO ORDERED.**

**Date: March 10, 2022**
**New York, NY**

*[signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**