UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/19/2022
```

L.B. et al.,

                Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

21-cv-9356 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for a conference on September 2, 2022 at 10:30 a.m.  The conference will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

**Date:  August 19, 2022**
       **New York, NY**

*[Signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**